UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER XAVIER BECK,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 2:20-cv-00333-RSM<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The petition is dismissed with prejudice and issuance of a certificate of appealability is denied. The issue of whether petitioner may proceed *in forma pauperis* and all pending Motions in this case are STRICKEN AS MOOT.

//

//

//

//

ORDER OF DISMISSAL - 1

(3) The Clerk shall provide a copy of this Order to petitioner.

Dated this 27th day of March 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2